IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03231-CMA-MJW
(As consolidated with 11-cv-03404-CMA-MJW and 12-cv-00240-CMA-MJW)

FIRSTIER BANK, KIMBALL, NEBRASKA, a Nebraska Bank,

Plaintiff(s),

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity and as Receiver for FIRSTIER BANK, LOUISVILLE, COLORADO, a Colorado Bank in receivership,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Parties' Second Joint Motion to Vacate Scheduling Conference (docket no. 29) is GRANTED for those reasons as outlined the subject motion (docket no. 29).  The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on June 4, 2012, at 9:00 a.m. is VACATED and is reset to July 20, 2012 at 1:30 p.m., in Courtroom A-502, Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.  This continuance of the Rule 16 Scheduling Conference will allow Judge Arguello to rule on the outstanding motions to dismiss (docket nos. 21 and 23) before the Rule 16 Scheduling Conference and is consistent with Fed. R. Civ. P. 1.

Date:  May 18, 2012