IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03231-CMA-MJW
(As consolidated with 11-cv-03404-CMA-MJW and 12-cv-00240-CMA-MJW)

FIRSTIER BANK, KIMBALL, NEBRASKA, a Nebraska Bank,

Plaintiff(s),

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity and as Receiver for FIRSTIER BANK, LOUISVILLE, COLORADO, a Colorado Bank in receivership,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference (docket no. 52) is GRANTED for those reasons as outlined the subject motion.  The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on July 31, 2012, at 2:30 p.m. is VACATED.  The court will reschedule the scheduling conference upon resolution of the pending motions to dismiss.

Date:   July 24, 2012