IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03231-CMA-MJW
(As consolidated with 11-cv-03404-CMA-MJW and 12-cv-00240-CMA-MJW)

FIRSTIER BANK, KIMBALL, NEBRASKA, a Nebraska Bank,

Plaintiff(s),

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity and as Receiver for FIRSTIER BANK, LOUISVILLE, COLORADO, a Colorado Bank in receivership,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that FDIC's Motion for Stay of Effect of Magistrate's Order in Civil Action No. 12-cv-00240-CMA-MJW or, in the Alternative, for an Extension of Time to Respond to the Third Amended Complaint (Docket No. 66) is GRANTED contingent upon the filing of an Objection on or before October 19, 2012.

It is further ORDERED that if Judge Arguello overrules the Objection and this court's order is affirmed, FDIC shall have twenty-one days from the date of Judge Arguello's order to answer or otherwise respond to the Third Amended Complaint.

Date: October 17, 2012